UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80172-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BENJAMIN BOSTON,

    Defendant.
_____/

### JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Reinstate Supervised Release [DE 1213]. On March 14, 2016, Defendant appeared before United States Magistrate Judge James Hopkins and admitted to violating his supervised release by failing to secure full time employment. The Court adopts the Magistrate Judge's Report and Recommendation [DE 1212] and finds the Defendant in violation of his supervised release. It is hereby

**ORDERED and ADJUDGED** that the Defendant's term of supervised release imposed by the Court is **reinstated** with all standard and previous conditions imposed.

**DONE and ORDERED** in West Palm Beach, this 19th day of April, 2016.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel
       U.S. Probation
       U.S. Marshal